USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
             :
EDERY HERRERA,                   :
             :
             :
           Plaintiff,     :
             :           25-cv-2426 (LJL)
       -v-             :
             :            ORDER
VAN LAERE LLC,           :
             :
           Defendant.    :
             :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

An initial pretrial conference was scheduled in this matter for November 3, 2025.

Plaintiff's counsel did not appear, but Defendant's counsel requested additional time so that the

parties can explore settling the case.

It is therefore ORDERED that the initial pretrial conference is adjourned to November

25, 2025, at 3:00 PM.  The parties are directed to dial into the Court's teleconference line at 646-

453-4442 and use Conference ID# 358639322.

SO ORDERED.

Dated: November 4, 2025
       New York, New York                _____
                                         LEWIS J. LIMAN
                                     United States District Judge